# Court of Appeals
# of the State of Georgia

ATLANTA,  January 04, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0749. JEANNE MEYERS v. MICHELLE WYNNE GRAVES.**

In this action by several plaintiffs for libel and various related claims, the trial court issued an order on February 18, 2020, in which, pursuant to OCGA § 9-11-11.1,[1] it struck all of plaintiff Jeanne Meyers's claims against the defendant. Meyers filed a motion for reconsideration, which the trial court denied on October 13, 2020. On October 22, 2020, Meyers filed this direct appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). A motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order, and the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Consequently, the trial court's October 13 order is not appealable, and Meyers's appeal – filed more than 30 days after the court's February 18 order – is untimely as to the February 18

---

[1] This statute is known as "the anti-SLAPP (Strategic Lawsuits Against Public Participation) statute." See *EarthResources, LLC v. Morgan County*, 281 Ga. 396, 397 (638 SE2d 325) (2006).

order.[2] See OCGA § 5-6-38 (a); *Bell*, 244 Ga. App. at 510-511; *Savage*, 173 Ga. App. at 271. For these reasons, Meyers's direct appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,    01/04/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[2] Given our rulings in this regard, we express no opinion on whether the February 18 order was directly appealable under OCGA § 5-6-34 (a) (13) or OCGA § 9-11-11.1 (e).